IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARKEL INTERNATIONAL INSURANCE COMPANY, LTD., | § § § § § | |
| Plaintiff, | | |
| v. | § | CIVIL ACTION NO. G-05-491 |
| CAMPISE HOMES, INC., | § § § § | |
| Defendant. | | |

## FINAL JUDGMENT

As set forth in the Court's Order **ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** entered on this date, Markel International Insurance Company's Motion for Summary Judgment is hereby **GRANTED**. Markel International Insurance Company has no obligation to defend Campise Homes, Inc. in the lawsuit styled *Jean-Guy Wolfe and Monique Wolfe v. Campise Homes, Inc.*, No. 03-CV-1824 (405th Judicial Dist. Ct., Galveston County, Tex.). Campise Homes, Inc.'s Motion for Summary Judgment is **DENIED**, and its claim for indemnification is **DISMISSED WITHOUT PREJUDICE**. All relief not herein provided is expressly **DENIED**. Each Party is to bear his or its own taxable costs, expenses, and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 6th day of June, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge